

# United States District Court
# Eastern District of California

| AMAZON.COM, INC. , ET AL., | Case Number: 2:22-CV-01491-DJC-AC |
|---|---|
| Plaintiff(s) | |

V.

| PIONERA INC. , ET AL., | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ian Harris hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs Amazon.com, Inc., Amazon Technologies, Inc. and Ring LLC

On 05/16/2022 (date), I was admitted to practice and presently in good standing in the Washington State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: 04/28/2023     Signature of Applicant: /s/ Ian Harris

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ian Harris |
| Law Firm Name: | Davis Wright Tremaine LLP |
| Address: | 920 Fifth Avenue |
| | Suite 3300 |
| City: | Seattle   State: WA   Zip: 98104 |
| Phone Number w/Area Code: | (206) 622-3150 |
| City and State of Residence: | Seattle, WA |
| Primary E-mail Address: | IanHarris@dwt.com |
| Secondary E-mail Address: | IanHarris@dwt.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John Freed |
| Law Firm Name: | Davis Wright Tremaine LLP |
| Address: | 505 Montgomery Street |
| | Suite 800 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 276-6500   Bar #: 261518 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 1, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE