UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., et al., | No. 2:22-cv-1491-DJC-AC |
| Plaintiffs, | |
| v. | ORDER |
| PIONERA INC. and MANOJ GOEL, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On July 10, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 21 days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 10, 2023, are adopted in full;

2. Plaintiffs' motion for default judgment (ECF No. 15) is DENIED as to individual defendant Manoj Goel but GRANTED as to Pionera, Inc.;

1

3.  The Court enters judgment against Pionera, Inc. on the complaint's claims of trademark infringement (15 U.S.C. § 114(1)), and cybersquatting (15U.S.C. § 1117(d));

4.  The Court enjoins Pionera, Inc., and all person acting by, through, or in concert with the defendant, from using plaintiffs' trademarks in any manner; and

5.  The Court grants Plaintiffs' request for statutory damages against Pionera, Inc. in the amount of $425,000.

IT IS SO ORDERED.

Dated:   **September 25, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Amaz1491.801