UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., et al., | No. 2:22-cv-01491 DJC AC |
| Plaintiffs, | |
| v. | ORDER |
| MANOJ GOEL, | |
| Defendant. | |

This case was filed on August 23, 2022 against a defendant who is appearing in pro se. ECF No. 1. The matter was accordingly assigned to the undersigned pursuant to Local Rule 302(c)(21). On January 19, 2024, the court set a scheduling conference for April 17, 2024, with a joint scheduling statement due from the parties 14 days in advance (April 3, 2024). ECF No. 44. The parties did not timely file their report. The court will extend the parties' deadline to file the report to April 10, 2024. Failure to file the report may result a recommendation that this case be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: April 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE