1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMAZON.COM, INC., a Delaware              No.  2:22-cv-01491-DJC-AC
     corporation, AMAZON
12   TECHNOLOGIES, INC., a Nevada
     corporation, and RING LLC, a
13   Delaware limited liability company,       ORDER

14                    Plaintiffs,

15        v.

16   MANOJ GOEL, an individual,

17                    Defendant.

18

19        Plaintiffs Amazon.com and its subsidiary Ring, LLC brought this suit against defendant

20   Manoj Goel and the company Pionera, Inc. for Trademark Infringement (15 U.S.C. § 1114),

21   Trademark Dilution (15 U.S.C. § 1125(c)), Cybersquatting (15 U.S.C. § 1125(d)), False

22   Affiliation and Designation of Origin (15 U.S.C. § 1125(a)), and Unjust Enrichment.  ECF No. 1.

23   Judgment has been entered against Pionera, Inc.  ECF No. 33.  Defendant Goel has answered

24   (ECF No. 46) and is appearing in pro se.

25        In the interest of avoiding the accumulation of fees and costs through potentially

26   unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an

27   early informal resolution of this matter, IT IS HEREBY ORDERED that:

28

                                             1

1. The parties shall initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.

2. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

IT IS SO ORDERED.

DATED: April 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE