Bonnie MacNaughton (Bar No. 107402)
Ian Harris (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:	(206) 622-3150
Facsimile:	(206) 757-7700
Email:	bonniemacnaughton@dwt.com
	ianharris@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:	(415) 276-6500
Facsimile:	(415) 276-6599
Email:	jakefreed@dwt.com

Attorneys for Plaintiffs
AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC., and RING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation, and RING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MANOJ GOEL, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 2:22-cv-01491-DJC-AC<br><br>**MID LITIGATION STATEMENT** |

Pursuant to the Court's April 19, 2024 Status (Pretrial Scheduling) Order (Dkt. 55), Plaintiffs Amazon.com, Inc., Amazon Technologies, Inc., and Ring LLC ("Plaintiffs") submit this Mid Litigation Statement. Because Plaintiffs understand that Mr. Goel is out of the country attending to a personal matter during the week of August 5, 2024, Plaintiffs submit this statement on their own behalf only.

1

**1.  Settlement Discussions**

The parties' ongoing settlement discussions continue.  However, Mr. Goel's foreign travel has resulted in a temporary pause of the parties' dialogue.  Plaintiffs expect to continue (and hopefully conclude) settlement discussions after Mr. Goel returns to the United States.  As required under Local Rule 160, the parties will provide notice to the Court if and when settlement terms are finalized.

**2.  Pending Motion Practice**

At present, there are no motions pending before the Court.  Given the current status of the parties' settlement negotiations, the parties do not anticipate any further motions will be noticed prior to the close of law and motion.

DATED: August 7, 2024                                         Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
BONNIE MACNAUGHTON
JOHN D. FREED
IAN HARRIS (*pro hac vice*)

By:  */s/John D. Freed*
         John D. Freed

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I electronically filed the foregoing Mid Litigation Statement with the Clerk of the Court using CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                              */s/John D. Freed*
                                              John D. Freed