Bonnie MacNaughton (Bar No. 107402)
Ian Harris (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700
Email:          bonniemacnaughton@dwt.com
Email:          ianharris@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:          jakefreed@dwt.com

Attorneys for Plaintiffs
AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC., and RING LLC

Pro Se Defendant Manoj Goel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation, and RING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MANOJ GOEL, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 2:22-cv-01491 AC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MANOJ GOEL WITH PREJUDICE AND DOES 1-50 WITHOUT PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Amazon.com, Inc., Amazon Technologies, Inc., and Ring LLC ("Plaintiffs") and Defendant Manoj Goel ("Goel") hereby stipulate and agree as follows:

(1)    All claims asserted in this action should be and hereby are dismissed (a) with prejudice with respect Defendant Goel; and (b) without prejudice with respect to Defendant Does 1-50.

(2)    Each party will bear its own costs and expenses, including any and all attorneys' fees.

STIPULATION OF DISMISSAL
Case No. 2:22-cv-01491-DJC-AC

1   (3)  This Court retains jurisdiction to enforce the terms of the parties' settlement.

2

3   DATED this 3rd day of December, 2024.

4

5

6 DAVIS WRIGHT TREMAINE LLP   Manoj Goel
 Attorneys for Plaintiffs       Defendant

7

8 By:/s/ *Bonnie MacNaughton*     By:/s/ *Manoj Goel*
 Bonnie MacNaughton (Bar No. 107402) (original signature retained by Davis Wright
 Ian Harris (*pro hac vice*)      Tremaine LLP)

9 DAVIS WRIGHT TREMAINE LLP   Manoj Goel
 920 Fifth Avenue, Suite 3300    452 Fisher Circle,

10 Seattle, WA 98104       Folsom, CA 95630
 Telephone: (206) 622-3150

11 Facsimile: (206) 757-7700

12

13 John D. Freed (Bar No. 261518)
 DAVIS WRIGHT TREMAINE LLP

14 505 Montgomery Street, Suite 800
 San Francisco, CA 94111

15 Telephone: (415) 276-6500
 Facsimile: (415) 276-6599

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# [~~PROPOSED~~] ORDER

Presently before the Court is a Stipulation of Dismissal of Defendant Goel With Prejudice and Does 1-50 Without Prejudice ("Stipulation").  Good cause appearing, the Court GRANTS the Stipulation as follows:

(1)     This action is DISMISSED WITH PREJUDICE as to Defendant Goel.

(2)     This action is DISMISSED WITHOUT PREJUDICE as to Defendants Does-1-50.

(3)     Each party shall bear its own costs and expenses with respect to this action, including any and all attorneys' fees.

(4)     This Court retains jurisdiction to enforce the terms of the parties' settlement.

IT IS SO ORDERED.

DATED: December 4, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE