Bonnie MacNaughton (Bar No. 107402)
Ian Harris (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700
Email:           bonniemacnaughton@dwt.com
                   ianharris@dwt.com

John D. Freed (Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, CA 94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:           jakefreed@dwt.com

Attorneys for Plaintiffs
AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC., and RING LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amazon.com, Inc., a Delaware corporation, AMAZON TECHNOLOGIES, INC., a Nevada corporation, and RING LLC, a Delaware limited liability company, <br><br>                     Plaintiffs, <br><br>     v. <br><br> MANOJ GOEL, an individual, <br><br>                     Defendant. | Case No. 2:22-cv-01491 AC <br><br> **STIPULATED PERMANENT INJUNCTION** |

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon Technologies, Inc., and Ring LLC ("Plaintiffs") and Defendant Manoj Goel ("Goel"), by and through their respective counsel of record or themselves, notify the Court that Plaintiffs and Goel have reached a settlement of all claims between them in this matter.  Pursuant to the terms of that settlement, Plaintiffs and Goel stipulate and agree to entry of the permanent injunction below.

//

//

DATED this 19th day of November, 2024.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1

DAVIS WRIGHT TREMAINE LLP                    DEFENDANT
Attorneys for Plaintiffs

2                                            By  _s/_____

By  _s/ Bonnie MacNaughton_                       Manoj Goel
Bonnie E. MacNaughton (CA State Bar No. 107402)

3

Ian Harris (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP

4

920 Fifth Avenue, Suite 3300
Seattle, WA 98104

5

Telephone:  (206) 622-3150
Facsimile: (206) 757-7700

6

7

John D. Freed (CA State Bar No. 261518)
50 California Street, Suite 2300

8

San Francisco, CA 94111-6533
Telephone:  (415) 276-6500
Facsimile: (415) 276-6599

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATED PERMANENT INJUNCTION
Case No. 2:22-cv-01491-DJC-AC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Manoj Goel ("Goel"), and his respective employees, agents, successors and assigns, and all others in active concert or participation with Goel, are permanently enjoined and restrained from:

1.      Using counterfeit versions of any trademarks registered by Amazon.com, Inc., Amazon Technologies, Inc., Ring LLC, or trademarks registered to their subsidiaries, (collectively "Marks"), as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, software, or in connection with any customer support services;

2.      Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, social media page, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon.com, Inc., Amazon Technologies, Inc., or Ring LLC, when such is not true in fact;

3.      Engaging in any other activity constituting an infringement or dilution of any Marks registered by Amazon.com, Inc., Amazon Technologies, Inc., Ring LLC, or their subsidiaries;

4.      Engaging in any activity that defrauds individuals into paying money for services related to Amazon.com, Inc., Amazon Technologies, Inc., or Ring LLC;

5.      Registering or using website domain names that involve trademarks registered by Amazon.com, Inc., Amazon Technologies, Inc., Ring LLC, or their subsidiaries; and

6.      Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

Additionally, the Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated Permanent Injunction.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

1    SO ORDERED.

2  DATED THIS 8th day of January, 2025.

3

4  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATED PERMANENT INJUNCTION
Case No. 2:22-cv-01491-DJC-AC

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax